M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2023 AUG 14 A 11: 49

FREDERICK ANTONIO FORD )
Full name and prison name of )
Plaintiff(s) )
    )
    )
v.  )    CIVIL ACTION NO. __N/A__
    )    (To be supplied by Clerk of U.S. District Court)
ANTHONY PARKER )
TRAVIS YEIDER )    2:23-cv-486
_____ )
    )
_____ )
    )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) __FREDERICK FORD__

         Defendant(s) __L.T. - LARRY BAKER, L. JONES__

      2. Court (if federal court, name the district; if state court, name the county) __NORTHERN DISTRICT OF ALABAMA (L. Hugo Court House__

3. Docket number 4:20-CV-02051-RdP-GMR

4. Name of judge to whom case was assigned FEDERAL Judge RdP

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) SETTLEMENT

6. Approximate date of filing lawsuit 6-8-2021

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT ELMORE CORRECTIONAL FACILITY

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED KILBY CORRECTIONAL FACILITY

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. ANTHONY PARKER | KILBY CORRECTIONAL |
| 2. TRAVIS YIELDER | FACILITY |
| 3. | P.O. BOX 150 |
| 4. | MT. MEIGS, Al 36057 |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 7-8-2023

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 8TH AMENDMENT TO THE UNITED STATES CONSTITUTIONAL OF RIGHTS

(FACTS)

AT ALL TIME RELEVANT TO THIS CASE, PLANTIFF FREDERICK A. FORD WAS ASSIGNED TO THE POPULATION OF KILBY CORRECTIONAL FACILITY BED # G-108/B Here AT THE ON DATE JULY 8, 2023 I WAS ASLEEP IN ASSIGNED DORMITARY (G-108-B) I AWOKE WITH (OFFICER-A. PARKER HEIDING AN (BLUE MOTOROLA CELLUAR PHONE IN MY FACE, WHICH HE HAD FOUND ON THE FLOOR, THIS EXACT OFFICER STATED TO ME STAND UP TO BE HANDCUFFED TO ESCORTED TO KILBY SEGREGATION UNIT I STATED TO THIS OFFICER I HAD NO IDEA WHAT HE WAS TALKING ABOUT, HE THEN THROWED ME OUT THE BED I SUFFERED BUSTED HEAD AGAINS BED RAIL, AN CODE WAS CALLED (SUPERVISOR - TRAVIS D. YIELDER, HANDCUFFED ME, I STATED TO HIM I WAS SUICIDER HE THEN TIGHTEN MY HANDCUFFS, I STATED TO HIM I WAS GETTING WEAK, AND NEED MEDICAL ASSISTANCE HE STATED TO ME TO SHUT THE FUCK UP, CAPTAIN BOBBIN ARRIVED ON THE SEEM, I STATED TO HER I NEEDED MEDICAL ASSISTANCE, AND THAT I WAS SUICIDAL, SHE PLACED ME IN THE SUICIDE UNIT AND STATED TO THE OFFICER THAT WAS OVER THE SUICIDE UNIT TO LEAVE ME HANDCUFFED NO MATTER WHAT WITH

NO MEDICAL ATTENTION I REMAINED HANDCUFFED TO THE BACK FOR (48-HOURS), I THEN PAST OUT AND AWOKE ON DATE: 7-9-2023 WITH MENTAL HEALTH NURSE EXAMINING MY RISK AND HEAD, ASKING ME WAS I O.K. I STATED (NO) AFTER THAT I WENT BACK INSIDE OF SUICIDE CELL, I WAS RELEASE FROM SUICIDE AND TRANSFERRED WITH AN OPEN WOUND TO ELMORE FACILITY.

(LEGAL CLAIMS)
PLANTIFF BEALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS.
    DEFENDANT: A PARKER USED EXCESSIVE FORCE AGAINST I/PLANTIFF FREDERICK A. FORD BY THROWING ME OUT OF THE BED BUSTING MY HEAD AGAINST BED-RAIL, WHEN PLANTIFF WAS NOT VIOLATING ANY PRISON RULE, NOR ACTING DISRUPTIVELY IN ANY WAY, DEFENDANT: PARKER ACTION VIOLATED PLANTIFF RIGHTS UNDER THE EIGTH AMENDMENT TO THE UNITED STATES CONSTITUTIONAL AND CAUSED PLANTIFF PAIN, SUFFERING PHYSICAL INJURY AND EMOTIONAL DISTRESS.
    DEFENDANT: TRAVIS D. YELDER, USED AND CONTINUED TO USE EXCESSIVE FORCE AGAINST PLANTIFF BY OVER TIGHTLY HANDCUFFS

of 98-hours which has caused plantiff to past out in the mist of retaliation he held pure hatred toward me I awoke to the mental health staff body charting my risk and head Defendant Yelder violated and continues to violate plantiff rights under the Eighth Amendment to the United States Constitution and is causing plantiff pain, suffering, physical injury and emotional distress.

By witnessing defendants (Parker and Yelder) illegal action failing to correct that misconduct, Captain Robbin is also violating plantiff rights under the Eighty Amendment to the United States Constitution and causing plantiff pain, suffering, physical injury, and emotional distress.

By threating plantiff with physical violence for exercising of his rights to seek redress from the prison through use of violence for exercising of his rights to seek redress from the prison through use of the prison grievance system, defendants is retaliating against plantiff unlawfully, in violation of plantiff rights under the United States Constitution these illegal actions is causing plantiff injury to his first and eighth amendment

Rights,

Plantiff has no plain, adequate or complete remedy at law to redress the wrongs described herein, Plantiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plantiff pursue and seeks.

Signature: Frederick A. [signature]

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON DATE: 7-8-2023

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

EXPUNGE BOGUS DISCIPLINARY, 25,000 $ IN CONPHENSATORY DAMAGES 25,000 $ IN PUNITIVE DAMAGES

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-7-2023
              (Date)

_____
Signature of plaintiff(s)

FREDERICK ANTONIO FORD AIS# 291903
ELMORE CORRECTIONAL CENTER
3520 MARION SPILLWAY ROAD
ELMORE ALABAMA 36025

MONTGOMERY AL 360
11 AUG 2023 PM 4 L



LEGAL MAIL

OFFICE OF CLERK
MIDDLE DISTRICT OF ALABAMA
1-CHURCH STREET SUITE B-110
MONTGOMERY, ALABAMA 36104-4018

36104-401801