IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK ANTONIO FORD, AIS 241963, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:23-cv-486-MHT-SMD ) (WO) |
| ANTHONY PARKER, *et al.*, | ) ) |
| Defendants. | ) |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff has filed a Motion for Default Judgment. Doc. 23  In it, he requests issuance of default judgment based on Defendants' alleged failure to file a special report and answer as ordered by the Court. *Id*. Plaintiff is advised that on March 18, 2024, the Court granted Defendants an extension of time to April 24, 2024, to file a special report and answer. Doc. 21. Upon consideration of Plaintiff's Motion for Default Judgment (Doc. 23), and as the Court deems issuance of such a judgment inappropriate at this time, the Court concludes that the motion is due to be denied.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that Plaintiff's Motion for Default Judgment (Doc. 23) be denied.  It is further the RECOMMENDATION of the Magistrate Judge that this case be referred back to the undersigned for further appropriate proceedings.

It is further ORDERED that by **April 9, 2024**, the parties may file objections to this Recommendation. The parties must specifically identify the factual findings and legal

conclusions in the Recommendation to which objection is made. Frivolous, conclusive, or general objections will not be considered by the Court. The parties are advised that this Recommendation is not a final order and, therefore, is not appealable.

Failure to file written objections to the Magistrate Judge's findings and recommendations under 28 U.S.C. § 636(b)(1) will bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waive the right of the party to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except on grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1. *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard, Ala.*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

DONE this 26th day of March, 2024.

/s/ Stephen M. Doyle
STEPHEN M. DOYLE
CHIEF U.S. MAGISTRATE JUDGE