IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK ANTONIO FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv486-MHT |
| | ) | (WO) |
| ANTHONY PARKER and TRAVIS YIELDER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that the defendant correctional officers at Kilby Correctional Facility maliciously used excessive force against him. Plaintiff filed a motion for default judgment. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for default judgment be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court will adopt the recommendation.

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 25) is adopted.

(2) The motion for default judgment (Doc. 23) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 22nd day of April, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**