## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **FREDERICK ANTONIO FORD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:23cv486-MHT |
| ) | (WO) |
| **ANTHONY PARKER and TRAVIS** ) | |
| **YIELDER,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that the defendant correctional officers at Kilby Correctional Facility maliciously used excessive force against him. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court will adopt the recommendation.

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 66) is adopted.

(2) The motion for preliminary injunction (Doc. 53) is denied as moot.

This case is referred back to the United States Magistrate Judge for further proceedings.

It is further ORDERED that this case is administratively closed pending mediation.

DONE, this the 25th day of February, 2026.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**